NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MARK MADISON, DC #990799,                )
                                         )
           Appellant,                    )
                                         )
v.                                       )
                                         )     Case No.  2D18-2761
DEPT. OF CHILDREN & FAMILIES,            )
                                         )
           Appellee.                     )
                                         )
_____      )

Opinion filed November 1, 2019.

Appeal from the Circuit Court for DeSoto
County; Kimberly Bonner, Judge.

Mark Madison, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Blain A. Goff, Assistant
Attorney General, Tampa, for Appellee.


PER CURIAM.

           Affirmed.


KHOUZAM, C.J., and VILLANTI and SLEET, JJ., Concur.